**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1403**

SELECT FINANCIAL, LLC,

             Plaintiff - Appellee,

        v.

PENLAND FINANCIAL SERVICES, INC.; CHARLES W. PENLAND, SR.,
Guardian ad Litem,

             Defendants – Appellants.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  G. Ross Anderson, Jr., Senior
District Judge.  (7:05-cv-02647-GRA)

Submitted:  September 14, 2009    Decided:  September 21, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles  W.  Penland,  Sr.,  Appellant  Pro  Se.    Kenneth  C.
Anthony, Jr., THE ANTHONY LAW FIRM, PA, Spartanburg, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Penland, Sr., appeals the district court's order that dismissed his four motions to dismiss, two motions for rulings, motion for summary judgment, and motion to amend his complaint.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Penland seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED